UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 10-1229 (JDB) |
| U.S. DEPARTMENT of the NAVY, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF SETTLEMENT

The parties wish to advise the Court that they have settled the merits portion of this case and presently are negotiating attorney's fees. Because of responsibilities in other cases and vacation schedules of counsel, the parties anticipate filing a final stipulation of settlement and dismissal on or before September 9, 2011. If the parties are unable to resolve attorney's fees, they will file a proposed briefing schedule on that issue on or before September 9, 2011.

Respectfully submitted,

\_\_\_/s /_____
RONALD C. MACHEN, D.C. BAR #447889
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

        __/s/_____
ALEXANDER D. SHOAIBI, D.C. BAR #423587
Assistant United States Attorney
501 Third Street, N.W., Rm E-4218
Washington, D.C.  20530
(202) 514-7236

Counsel for Defendants


     _____/s/_____
Paula Dinerstein
Public Employees for Environmental Responsibility
2000 P St., N.W. Suite 240
Washington, D.C. 20036
202-265-7337 (phone)


Counsel for Plaintiff