UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT of the NAVY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 10-1229 (JDB) |

## STIPULATION OF SETTLEMENT

The parties, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the court, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled actions under the terms and conditions set forth herein.

2. Defendants shall pay plaintiff's attorney a lump sum of Four Thousand Seven Hundred-Two Dollars and Fifty Cents ($4,782.50) in attorneys' fees and costs in this matter.

3. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in these Freedom of Information Act suits.

4. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the complaint filed in these actions, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information

Act process, the District Court litigation process, and any other proceedings involving the claims raised in these actions.

5. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States Department of the Navy, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

7. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

8. Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendants shall constitute a dismissal of these actions with prejudice, effective upon approval by the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

9. The Court retains jurisdiction over enforcement of any of the provisions of this Stipulation of Settlement.

Dated: September 9, 2011

Respectfully submitted,

_____/s/_____

Ronald C. Machen, D.C. Bar #447889          Paula Dinerstein, D.C. Bar #490928
United States Attorney                                       Public Employees for Environmental
                                                                             Responsibility
                                                                             2000 P Street, N.W.  Suite 240
                                                                             Washington, D.C.  20036
Rudolph Contreras, D.C. Bar # 434122     (202) 265-7337
Assistant United States Attorney

                                                                             Counsel for Plaintiff
By: _____/s/_____
Alexander D. Shoaibi, D.C. Bar# 423587
Assistant United States Attorney
555 Fourth Street, N.W., Rm E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for Defendant

It is SO ORDERED on this \_\_\_\_ day of _____, 2011.

_____
John D. Bates
JUDGE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA